# United States District Court
## Southern District of Georgia

Willie F. Quarterman, Jr.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-204

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of October 20, 2014 adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court and denying the 2255 motion to vacate.

October 20, 2014
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*