UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| WILLIE F. QUARTERMAN, JR., | ) | |
| Movant, | ) | |
| v. | ) | 4:14-cv-204 |
| | ) | 4:98-cr-141 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Willie Quarterman's Notice of Appeal from the decision of this Court. ECF No. 9. The Court construes a notice of appeal as a request for a Certificate of Appealability ("COA"). *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). The Magistrate Judge issued a Report and Recommendation ("R&R"), in which the Judge recommended that Quarterman be denied a COA. ECF No. 3 at 4. The Court adopted the R&R as the opinion of the Court. ECF No. 7. Therefore, the COA is denied for the reasons set forth in the R&R.

Quarterman has not explicitly requested the right to appeal *in forma pauperis* ("IFP"). *See* ECF No. 7. However, the Court notes that it already denied Quarterman IFP status on appeal when it adopted the R&R. ECF No. 3 at 4. Therefore, Quarterman should be assessed the full filing fee of $505.

Quarterman's request for a COA, ECF No. 9, is **DENIED**.

This 8 day of December 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA